IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARANJIT SINGH, | ) NOTICE OF |
| Plaintiff(s) | ) VOLUNTARY DISMISSAL |
| | ) PURSUANT TO F.R.C.P. v. |
| | ) 41(a)(1)(A)(i) |
| CAPITAL ACCOUNTS, LLC | ) Case No.: 2:15-cv-06296-LDW- |
| Defendant(s) | ) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) __CHARANJIT SINGH__ and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against the defendant(s) CAPITAL ACCOUNTS, LLC .

Dated: 1/11/16

_____s/Subhan Tariq_____
Signature of plaintiffs or plaintiff's counsel

 216-14 Jamaica Avenue_____
Address

 Queens Village, NY 11428_____
City, State & Zip Code

 _516-900-4529_____
Telephone Number