IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARANJIT SINGH,<br>    Plaintiff(s) | ) NOTICE OF<br>) VOLUNTARY DISMISSAL<br>) PURSUANT TO F.R.C.P. v.<br>) 41(a)(1)(A)(i) |
| CAPITAL ACCOUNTS, LLC<br>    Defendant(s) | ) Case No.: 2:15-cv-06296-LDW-<br>) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) __CHARANJIT SINGH__ and or their counsel(s), hereby give notice that the above *captioned* action is voluntarily dismissed, with prejudice against the defendant(s) CAPITAL ACCOUNTS, LLC.

Dated: 1/11/16

                                             s/Subhan Tariq
                                       Signature of plaintiffs or plaintiff's counsel

                                       216-14 Jamaica Avenue
                                       Address

                                       **Queens Village, NY 11428**
                                       City, State & Zip Code

                                       516-900-4529
                                       Telephone Number

So ORDERED:

*/s/ Leonard D. Wexler*
USDJ, Leonard D. Wexler

Central Islip, NY
1/12/16